

```
FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

KARLOS EVANS ANDREWS, #324665

    Petitioner,

v.      2:07CV511

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

    Respondent.

### FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to petitioner's convictions on July 28, 2003, in the Circuit Court for the City of Williamsburg and James City County, Virginia, for three counts each of shooting from a vehicle, shooting at an occupied law enforcement vehicle, attempted capital murder, and use of a firearm, as a result of which he was sentenced to three life sentences plus 73 years in the Virginia penal system.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Magistrate Judge filed his report recommending dismissal of the petition on January 24, 2008. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the report, and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed

January 24, 2008. Therefore, it is ORDERED that the petition be DENIED and DISMISSED pursuant to the statute of limitations and on the basis that the claims are procedurally defaulted and that judgment be entered in respondent's favor.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment. Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and to counsel of record for respondent.

/s/
Jerome B. Friedman
United States District Judge
**UNITED STATES DISTRICT JUDGE**

Norfolk, Virginia
Aug. 21, 2008